IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEWANDA CROCHRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:03 cv 870 DRH |
| | ) | |
| ILLINOIS DEPARTMENT OF TRANSPORTATION and VICTOR A. MODEER, JR., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Motion for Continuance filed by the defendants on May 4, 2005 (Doc. 46). The motion is **GRANTED**. The settlement conference is RESET to May 25, 2005 at 9:00 a.m. in the East St. Louis Federal Courthouse.

Defense counsel, William E. Jarvis, has indicated to the Court that neither the Illinois Department of Transportation nor the Illinois Attorney General have given him authority to settle this case. Local Rule 16.3(a) provides for a mandatory settlement conference in all civil cases of this type. Local Rule 16.3(b)(2) further provides that lead counsel shall be present at the conference along with a representative of each party with the power to bind that party. To that end, it is further **ORDERED** that the Secretary of the Illinois Department of Transportation, Timothy Martin, or his designee with complete settlement authority, **SHALL** be present at the settlement conference, **AND FURTHER** that the Attorney General, Lisa Madigan, or her designee with complete settlement authority, **SHALL** be present at the settlement conference, **AND FURTHER** that Victor A. Modeer, Jr., or his designee with complete settlement authority, **SHALL** be present at the settlement conference.

The settlement conference date SHALL NOT be continued without a showing of good cause.

**DATED: May 5, 2005**

<u>s/ Donald G. Wilkerson</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**
